**Opinion issued May 23, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00054-CV

————————————

**XLS LLC, Appellant**

**V.**

**MIDAMERICAN ENERGY SERVICES, LLC, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-69661**

---

## MEMORANDUM OPINION

On March 7, 2024, this appeal was stayed pursuant to a notice of suggestion of bankruptcy filed by appellant, XLS LLC. *See* Tex. R. App. P. 8.2. Appellant has now filed a "Notice of Dismissal,"[1] representing that "[o]n April 4, 2024, [its]

---

[1]     We construe appellant's "Notice of Dismissal" as a motion to reinstate and dismiss.

Chapter 7 Bankruptcy [case] was fully administered and the case closed" by the United States Bankruptcy Court for the Southern District of Texas. *See* TEX. R. APP. P. 8.3(a). Appellant attached a copy of the April 4, 2024 "Order Closing Case" to its motion.

In its motion, appellant also requested that the Court dismiss its appeal "[a]s a result of the resolution of the Chapter 7 Bankruptcy case." *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellant's motion does not include a certificate of conference stating that appellant conferred or made a reasonable attempt to confer with appellee, MidAmerican Energy Services, LLC, regarding the relief requested in its motion, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, the Court grants appellant's motion to reinstate and dismiss the appeal. The appeal is reinstated on this Court's active docket and dismissed. *See* TEX. R. APP. P. 8.3(a), 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.